APPEAL No. 73-16. FREDERICK D. DUFF *v.* JOSEPH C. ROY, *Chief of Police, et al.* Defendants ordered to appear before

Supreme Court on October 1, 1973 at 9:30 a.m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Norman L. Grant,* for plaintiff. *Gerald J. Pouliot,* for defendants.